## IN THE SUPREME COURT FOR THE STATE OF MONTANA

No. DA 23-0525

IN THE MATTER OF:

S.M.M. and C.M.,

　　Youths In Need Of Care.

## ORDER

Upon consideration of Father and Appellant's Motion To Consolidate Cases, and with good cause shown,

IT IS HEREBY ORDERED that Cause Nos. DA 23-0525 and DA 23-0526 are consolidated for purposes of appeal under Cause No. DA 23-0525 and captioned as above.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 11 2024